UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHYLISS J. DAVIS )<br>)<br>  Plaintiff )<br>)<br>)<br>v. )<br>)<br>)<br>123LOAN, LLC. )<br>)<br>And )<br>)<br>HSBC MORTGAGE SERVICES, INC. )<br>)<br>)<br>  Defendants ) | Case No. 4:07CV01096 ERW |

## NOTICE OF DISMISSAL WITH PREJUDICE

Comes now the Plaintiff Phyllis J. Davis and dismisses her Complaint with prejudice.

LEGAL SERVICES OF EASTERN
MISSOURI, INC.


/s/*Daniel E. Claggett*
Daniel E. Claggett ED# 2821
4232 Forest Park Avenue
St. Louis, Missouri 63108
(314) 534-4200 telephone
(314) 534-1028 facsimile
E-mail: declaggett@lsem.org

ATTORNEYS FOR PLAINTIFF
PHYLISS J. DAVIS